**The following constitutes the order of the court.
Signed August 29, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    | Case No. 16-41447
                                         | Chapter 13
Walid Omar,                              |
                                         | **Hearing:**
              Debtor.                    | Date: September 8, 2016
_____    | Time: 1:30 p.m.

**MEMORANDUM RE MOTION TO VACATE DISMISSAL**

On July 5, 2016, the Court entered an *Order and Notice Regarding Failure of the Debtor(s) to Submit a Copy of their Federal Income Tax Return(s) to the Trustee* (doc. 22). Subsequently, the Court entered an *Order Extending Time to Submit Tax Returns to the Chapter 13 Trustee* (doc. 30) extending the deadline to August 5, 2016. On August 12, 2016, the tax returns not having been submitted, the Court entered an *Order of Dismissal* (doc. 37). On August 24, 2016, Debtor filed *Debtor's Application and Motion to Set Aside Dismissal Order and Reopen Case* ("the Motion") (doc. 41). Having reviewed the Motion, the Court cannot determine if the Chapter 13 Trustee or any party in interest opposes the motion.

The Court notes that Debtor's confirmation hearing is set for **Thursday, September 8, 2016 at 1:30 p.m.** Therefore, the Court hereby gives notice that any opposition to the Motion shall be addressed at the confirmation hearing.

**\*END OF MEMORANDUM\***

1

**COURT SERVICE LIST**

**Walid Omar**
105 Woodvalley Court
Danville, CA 94506